# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1674
LT Case No. 16-2022-CF-1840-A

_____

GLENN DERECKE JONES, JR.,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Ryan Edward McFarland, of Kent & McFarland Attorneys at Law, Jacksonville, for Appellant.

James Uthmeier, Attorney General, and David Welch, Jr., Assistant Attorney General, Tallahassee, for Appellee.

June 9, 2026

PER CURIAM.

 AFFIRMED.

JAY, C.J., and LAMBERT and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____